NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CALICO BRAND, INC.**
**AND HONSON MARKETING GROUP, INC.,**
*Plaintiffs-Appellants,*

v.

**AMERITEK IMPORTS, INC.,**
*Defendant-Appellee,*

AND

**ACME INTERNATIONAL ENTERPRISES, INC.,**
*Defendant-Cross Appellant.*

---

2008-1324, -1341

---

Appeals from the United States District Court for the Central District of California in case no. 05-CV-205, Magistrate Judge Patrick J. Walsh.

- - - - - - - - - - - - - - - - - - - - - - -

---

**CALICO BRAND, INC.**
**AND HONSON MARKETING GROUP, INC.,**
*Plaintiffs-Appellees,*

v.

**AMERITEK IMPORTS, INC.,**
*Defendant-Appellant,*

**AND**

## ACME INTERNATIONAL ENTERPRISES, INC.,
*Defendant.*

---

2008-1325

---

Appeal from the United States District Court for the Central District of California in case no. 05-CV-205, Magistrate Judge Patrick J. Walsh.

---

## ON MOTION

---

## O R D E R

These appeals were stayed pursuant to 11 U.S.C. § 362 upon the filing of Ameritek Imports, Inc.'s bankruptcy petition. Calico Brand, Inc., et al. informs the court that the United States Bankruptcy Court for the Central District of California has closed the bankruptcy case.

Accordingly,

IT IS ORDERED THAT:

(1) The stay of briefing is lifted. Calico Brand, Inc. and Honson Marketing Group, Inc.'s opening brief is due within 60 days of the date of filing of this order.

(2) Appeal 2008-1325 is dismissed. The revised official caption is reflected above.

(3) Each side shall bear its own costs in 2008-1325.

FOR THE COURT

__DEC 2 9 2011__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc: R. Joseph Trojan, Esq.
    Carl H. Pierce, Esq.
    Edward F. O'Connor, Esq.

s21

Issued As A Mandate (As To 2008-1325 Only): __DEC 2 9 2011__

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2011

JAN HORBALY
CLERK